# LANDMAN CORSI BALLAINE & FORD P.C.

A NEW YORK PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

JAMES M. WOOLEY, III

120 BROADWAY
13TH FLOOR
NEW YORK, NEW YORK 10271

TELEPHONE (212) 238-4800
FACSIMILE (212) 238-4848
www.lcbf.com

One Gateway Center
22nd Floor
Newark, NJ 07102
Tel: (973) 623-2700

One Penn Center
1617 JFK Boulevard, Suite 955
Philadelphia, PA 19103
Tel: (215) 561-8540

March 25, 2021

---

Application granted.

The Fourth Revised Civil Case Discovery Plan and Scheduling Order shall be docketed separately. The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 39.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
       March 29, 2021

---

Re: **Pitcairn v. Metro-North Commuter Railroad**
    **19-cv-09254 (PMH) (PED)**

Dear Judge Halpern:

My office represents the defendant, Metro-North Commuter Railroad ("Metro-North"), in the above-referenced matter. We write with the consent of plaintiff's counsel to request brief adjournments of the March 26, 2021 date for submitting a joint letter regarding settlement/mediation and the March 31, 2021 Status Conference.

In the interval since the parties wrote to the Court on February 16, 2021, seeking a modification of the deadline for defendant's expert disclosures, the parties have exchanged additional documentary discovery, including defendant's disclosure of four medical experts and one liability expert. A further deposition, which plaintiff requested of a potential rebuttal witness, was scheduled for March 26, 2021 but had to be adjourned to March 30, 2021 due to medical issue.

Defendant requests these brief adjournments of the Joint Settlement/Mediation letter and the Status Conference to allow for further review of the extensive discovery in order to address whether mediation may be a reasonable course for this matter, and determine whether it will need to address dispositive, or partially dispositive, motion practice at the Status Conference.

Defendant, therefore, respectfully requests that the Court extend the deadline for filing a Joint Settlement/Mediation letter to April 5, 2021, and adjourn the Case Management Conference scheduled for 12:15 p.m. on March 31, 2021 to 12:15 p.m. on April 7, 2021, or a date/time convenient to the Court.

4832-4865-8140v.1

LANDMAN CORSI BALLAINE & FORD P.C.

Hon. Philip M. Halpern, U.S.D.J.
March 25, 2021
Page 2

      A Proposed Fourth Revised Civil Case Discovery Plan and Scheduling Order is annexed at Exhibit A for the Court's convenience in the event that the Court grants Defendant's application.

      Respectfully submitted,

      James M. Woolsey, III

Encl.
JMW/dsh
cc:   *Via ECF*
      Ira M. Maurer, Esq.

4832-4865-8140v.1